43 A.3d 1288

**COURT OF COMMON PLEAS OF PHILADELPHIA, Respondent**

v.

**Richard WILSON, Petitioner.**

**No. 6 EM 2012.**

Supreme Court of Pennsylvania.

May 10, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent that it requests extraordinary relief, and **GRANTED** to the extent that it requests mandamus relief. The Court of Common Pleas of Philadelphia County is directed to dispose of the pending motion for credit for time served within 90 days of this order.